UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Jose Aris Ramirez,

            Defendant.

**Order of Restitution**

S1 21 Cr. 160 (JSR)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Jim Ligtenberg, Assistant United States Attorney; the presentence report; the Defendant's conviction on Count One of the above Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Jose Aris Ramirez, the Defendant, shall pay restitution in the total amount of $190,000 to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

    1/5/22

                                                      UNITED STATES DISTRICT JUDGE