**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------
UNITED STATES

vs.

Jose Aris Ramirez
---------------------------------------------

**ORDER**

21   CR 160-01 (JSR)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Jose Aris Ramirez

, Reg # (28322 ) -054, be released from custody, The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

_____
1/5/22
Date