UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States,                  Plaintiff,        -v-   Jose Aris Ramirez,                  Defendant. | 21-cr-160 (JSR)   ORDER |

JED S. RAKOFF, U.S.D.J.:

In light of the Government's response of July 19, 2022 to the defendant's letter to the Court dated July 2, 2022, the defendant should provide a detailed statement of his assets, liabilities, and income to the Court by August 12, 2022.

SO ORDERED.

New York, NY
July 20, 2022

JED S. RAKOFF, U.S.D.J.

1