```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>  -v-<br><br>JOSE ARIS RAMIREZ,<br><br>       Defendant. | 21-cr-160 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court received a letter dated March 29, 2025, from defendant Jose Aris Ramirez requesting that the Court modify or waive his restitution obligations. The Government opposes Ramirez's motion. After careful consideration of both submissions, the Court hereby denies Ramirez's motion because he has not made the required showing that there has been "any material change in the defendant's economic circumstances that might affect the defendant's ability to pay'" since Ramirez's sentencing in January of 2022. United States v. Colasuonno, No. 05 Cr. 1110 (AKH), 2009 WL 3394707, at *2 (S.D.N.Y. Oct. 21, 2009) (citing 18 U.S.C. § 3664(k)).

    SO ORDERED.

New York, NY
April 28, 2025

                                      JED S. RAKOFF, U.S.D.J.

1